1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO, | Case No. 1:22-cv-00837-JLT-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS SECOND AMENDED COMPLAINT |
| v. | |
| INTERNAL REVENUE SERVICE, et al., | (Docs. 9, 11) |
| Defendants. | |

17    The assigned magistrate judge screened the complaint and first amended complaint and
18 found they failed to state a claim.  (Docs. 6, 8.) After screening the second amended complaint
19 and determining it did not state a cognizable claim, the magistrate judge issued findings and
20 recommendations, recommending that Plaintiff's second amended complaint be dismissed, and
21 that this action be closed.  (Doc. 11.)  The Court granted Plaintiff 14 days to file objections to the
22 findings and recommendations, meaning that objections were due on May 23, 2023.  Plaintiff
23 filed objections that purport to have been signed on May 20, 2023 but were not received by the
24 Court until May 26, 2023. (Doc. 12.) Nonetheless, the Court will consider the objections.
25    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley*
26 *United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of
27 the case.  Having carefully reviewed the entire record, including the objections, the Court finds
28 the findings and recommendations are supported by the record and proper analysis.  The

objections fail to directly address the valid reasons for dismissal discussed in the findings and recommendations. Accordingly, the Court **ORDERS**:

1.      The Findings and Recommendations dated May 9, 2023 (Doc. 11), are **ADOPTED IN FULL**.

2.      Plaintiff's second amended complaint is **DISMISSED** without leave to amend, for lack of jurisdiction and as frivolous, as well as for failure to state a claim; and

3.      The Clerk of the Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **June 19, 2023**

UNITED STATES DISTRICT JUDGE